UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VINCENT ROBERT JORDAN,

Plaintiff,

v.

KEN BINDER, et al.,

Defendants.

Case No. 26-cv-01196-JST

**ORDER OF DISMISSAL**

On or about February 10, 2026, Plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. ECF No. 1. That same day, the Clerk of the Court informed Plaintiff that this action was deficient because Plaintiff had not paid the filing fee or submitted a complete application for leave to proceed *in forma pauperis*. ECF No. 4. Plaintiff was instructed to correct this deficiency by March 10, 2026, or face dismissal of this action without further notice. *Id.* The deadline has passed, and Plaintiff has neither paid the filing fee nor filed a complete *in forma pauperis* application. The Court DISMISSES this action without prejudice for failure to pay the filing fee or file a complete *in forma pauperis* application. Any motion to reopen must be accompanied by either the filing fee or a complete *in forma pauperis* application. Judgment is entered in favor of Defendants and against Plaintiff. The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated: April 7, 2026

_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California